# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 9, 2021

## NO. 03-19-00485-CV

**Appellant, Robert Goepp // Cross-Appellant, Heidi M. Goepp-Schurman, Appellant**

**v.**

**Appellees, Comerica Bank & Trust, N.A.; Heidi M. Goepp-Schurman; and Myra J. Goepp // Cross-Appellees, Comerica Bank & Trust, N.A.; Robert Goepp; and Myra J. Goepp, Appellee**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the probate court on June 13, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the probate court's order. Therefore, the Court affirms the probate court's order. The appellant//cross-appellant shall pay all costs relating to this appeal, both in this Court and in the court below.